# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GREGORY GUY RHODES,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIVIL NO. 05-244-GPM |
| | ) |
| **SHELTON FREY,** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on the Report and Recommendation by United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is adopted and Respondent's motion to dismiss is granted.  Judgment is entered in favor of Respondent, **SHELTON FREY**, and against Petitioner, **GREGORY GUY RHODES**, and this action is dismissed as untimely **with prejudice** to refiling.

**DATED**: 03/14/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
     Deputy Clerk

APPROVED: s/ G. Patrick Murphy
         G. PATRICK MURPHY
         CHIEF U.S. DISTRICT JUDGE